```
 1  BESS M. BREWER, #100364
    LAW OFFICE OF
 2  BESS M. BREWER & ASSOCIATES
    P.O. BOX 5088
 3  Sacramento, CA 95817
    Telephone: (916) 509-7051
 4  Facsimile: (916) 405-3908
    besshelena@earthlink.net
 5
    Attorneys for Plaintiff
 6
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEMIR JEHAR**<br>xxx-xx-8399<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | **Case No. CIV-11-2572 SBA**<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 24, 2011, to November 22, 2011. This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted briefing schedule. *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: October 24, 2011 | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: October 24, 2011 | Benjamin B. Wagner<br>United States Attorney<br>/s/ *Tova D. Wolking*<br>TOVA D. WOLKING<br>Special Assistant U.S. Attorney<br>Attorney for Defendant |

## **DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2. Plaintiff's summary judgement is due October 24, 2011. However, due to my extremely busy briefing schedule and need to give older cases briefing priority, I will require additional time to complete Mr. Jehar's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Mr. Jehar's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on October 24, 2011, in Sacramento, California.

      /s/ Bess M. Brewer
BESS M. BREWER

1 **ORDER**

3 APPROVED AND SO ORDERED.

5 DATED: 10/25/11

_Saundra B Armstrong_

6 HONORABLE SAUNDRA BROWN ARMSTRONG

3